■ In the Matter of RAYMOND MIRRER, a Disbarred Attorney.—Application for reinstatement granted only to the extent of (1) referring this matter for a hearing, (2) waiving the filing fee, and (3) deeming the application timely filed. Concur —Sullivan, J. P., Carro, Milonas, Asch and Smith, JJ.